■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SILVIO R. ILLESCAS, Appellant. [52 NYS3d 896]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 11, 2016 (*People v Illescas*, 139 AD3d 873 [2016]), affirming a judgment of the County Court, Westchester County, rendered February 25, 2014.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Hall, Roman, Cohen and Barros, JJ., concur.